## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | CARMINE V. DIULUS, | ) Bankr. No. 24-20977 GLT |
| | | ) |
| | Debtor. | ) Chapter 13 |
| | | ) |
| | CARMINE V. DIULUS, | ) Docket No. 51 |
| | | ) Related to Docket Nos. 47 |
| | | ) |
| | | ) Claim Register No. 17 |
| | Movant, | ) |
| | | ) Hearing Date & Time: 11/27/2024 at 9:00 a.m. |
| | vs. | ) |
| | | ) |
| | PHILIP AND CHRISTIN STUMPF, | ) |
| | Respondent. | ) |

### OBJECTION TO PROOF OF CLAIM

Debtor, by counsel, objects to the Proof of Claim, filed by Philip and Christin Stumpf in the amount of $64,971.48.

1. On or about April 23, 2024, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. Philip and Christin Stumpf were listed on the mailing matrix and therefore received notice of this bankruptcy filing.

3. On July 1, 2024, Philip and Christin Stumpf filed a proof of claim (see Proof of Claim, attached as Exhibit A).

4. On August 5, 2024, an interim confirmation of the Chapter 13 Plan darted April 29, 2024 was entered.

5. Debtor entered into a contract with the Stumpfs on December 28, 2021 in the amount of $70,000.00 for the construction of a steel wall inground swimming pool and various other accessories regarding the construction of a swimming pool. The Stumpfs made a cash down payment of $17,500.00 and an additional installment of $17,500.00 for a total of $35,000.00. Also an amount of $20,707.73 (see Expenditures, attached as Exhibit B) was expended on the project relying on the fact that two more installments of $17,500.00 would be forthcoming.

WHEREFORE, Debtor prays for an Order against Philip and Christin Stumpf's proof of claim in the amount of $64,971.48 in that the allowed proof of claim should only be in the amount of $14,292.27.

Date: 9/27/2024

/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for Debtor
PA I.D. No. 56914
rodsheph@cs.com

2403 Sidney Street
Suite 208
Pittsburgh, PA  15203
(412) 471-9670